B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cleary Pallet Sales, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4253203** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6610 South Union**<br>**Union, IL**<br>ZIP Code **60180** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 407**<br>**Union, IL**<br>ZIP Code **60180** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)

Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cleary Pallett Sales, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Cleary Pallett Sales, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ James P Mullally**
  Signature of Attorney for Debtor(s)

**James P Mullally 6183337**
Printed Name of Attorney for Debtor(s)

**Franks Gerkin & McKenna PC**
Firm Name

**19333 E Grant Hwy
P.O. Box 5
Marengo, IL 60152**

Address

**815-923-2107  Fax: 815-923-2114**
Telephone Number

**April 23, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Cleary**
  Signature of Authorized Individual

**John Cleary**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 23, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cleary Pallett Sales, Inc.**                          Case No. _____
                                        Debtor(s)          Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital One**<br>**PO Box 105474**<br>**Atlanta, GA 30348-5474** | **Capital One**<br>**PO Box 105474**<br>**Atlanta, GA 30348-5474** | **Credit card purchases** | **Disputed** | **11,426.27** |
| **Capital One**<br>**PO Box 105474**<br>**Atlanta, GA 30348-5474** | **Capital One**<br>**PO Box 105474**<br>**Atlanta, GA 30348-5474** | **Credit card purchases** | **Disputed** | **6,233.62** |
| **Central Insurance Companies**<br>**800 S. Washington Street**<br>**PO Box 351**<br>**Van Wert, OH 45891-0351** | **Central Insurance Companies**<br>**800 S. Washington Street**<br>**PO Box 351**<br>**Van Wert, OH 45891-0351** | **Business Insurance** | **Disputed** | **23,992.56** |
| **Corporate Services**<br>**208 Kishwaukee Street**<br>**Rockford, IL 61104** | **Corporate Services**<br>**208 Kishwaukee Street**<br>**Rockford, IL 61104** | **Trade debt** | **Disputed** | **31,740.51** |
| **Dalton Lumber**<br>**Rte 9 Box 1135**<br>**Gatewood, MO 63942** | **Dalton Lumber**<br>**Rte 9 Box 1135**<br>**Gatewood, MO 63942** | **Trade debt** | **Disputed** | **8,635.00** |
| **DS Water**<br>**5660 N. Northside**<br>**Atlanta, GA 30328** | **DS Water**<br>**5660 N. Northside**<br>**Atlanta, GA 30328** | **Trade debt** | **Disputed** | **9,841.05** |
| **Grinnell Mutual Reinsurance Company**<br>**PO Box 790**<br>**Grinnell, IA 50112-0790** | **Grinnell Mutual Reinsurance Company**<br>**PO Box 790**<br>**Grinnell, IA 50112-0790** | **Business Insurance** | **Disputed** | **50,358.00** |
| **Home Depot**<br>**PO Box 6925**<br>**The Lakes, NV 88901** | **Home Depot**<br>**PO Box 6925**<br>**The Lakes, NV 88901** | **Credit card purchases** | **Disputed** | **18,742.79** |
| **M.E.M. Leasing**<br>**11201 S. Grant Highway**<br>**Marengo, IL 60152** | **M.E.M. Leasing**<br>**11201 S. Grant Highway**<br>**Marengo, IL 60152** | **Trade debt** | **Disputed** | **12,405.00** |
| **Meier Forest Products, Inc.** | **Meier Forest Products, Inc.** | **Trade debt** | **Disputed** | **6,897.96** |
| **Midwest Co.**<br>**566 Rock Road**<br>**Dundee, IL 60118** | **Midwest Co.**<br>**566 Rock Road**<br>**Dundee, IL 60118** | **Trade debt** | **Disputed** | **7,500.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cleary Pallett Sales, Inc.**                                                      Case No.   _____
_____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **New Supplies**<br>**PO Box 129**<br>**Lemont, IL 60439** | **New Supplies**<br>**PO Box 129**<br>**Lemont, IL 60439** | **Trade debt** | **Disputed** | **12,264.40** |
| **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507** | **Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507** | **Utilities** | **Disputed** | **6,122.32** |
| **Pyramid Pallet**<br>**301 Green Street**<br>**Detroit, MI 48209** | **Pyramid Pallet**<br>**301 Green Street**<br>**Detroit, MI 48209** | **Trade debt** | **Disputed** | **18,200.00** |
| **Sapphire Lumber**<br>**PO Box 1466**<br>**Hamilton, MT 59840** | **Sapphire Lumber**<br>**PO Box 1466**<br>**Hamilton, MT 59840** | **Trade debt** | **Disputed** | **6,701.24** |
| **Saw's Services**<br>**11925 Zelo Road**<br>**Cleveland, OH 44135** | **Saw's Services**<br>**11925 Zelo Road**<br>**Cleveland, OH 44135** | **Trade debt** | **Disputed** | **22,059.00** |
| **State Auto**<br>**PO Box 182738**<br>**Columbus, OH 43218-2738** | **State Auto**<br>**PO Box 182738**<br>**Columbus, OH 43218-2738** | **Business Insurance** | **Disputed** | **21,922.79** |
| **Union Oil**<br>**18720 Route 176**<br>**Marengo, IL 60152** | **Union Oil**<br>**18720 Route 176**<br>**Marengo, IL 60152** | **Trade debt** | **Disputed** | **10,638.27** |
| **US Bank/Harris Leasing**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** | **US Bank/Harris Leasing**<br>**1450 Channel Parkway**<br>**Marshall, MN 56258** | **Money Loaned** | | **85,000.00**<br><br>**(0.00 secured)** |
| **Wells Fargo Financial**<br>**PO Box 6423**<br>**Carol Stream, IL 60197** | **Wells Fargo Financial**<br>**PO Box 6423**<br>**Carol Stream, IL 60197** | **Loan** | **Disputed** | **19,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 23, 2009**                              Signature   **/s/ John Cleary**
                                                                    **John Cleary**
                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Capital One
PO Box 105474
Atlanta, GA 30348-5474

Central Insurance Companies
800 S. Washington Street
PO Box 351
Van Wert, OH 45891-0351

Cooks Saw
160 Ken Lane
Newton, AL 36352

Corporate Services
208 Kishwaukee Street
Rockford, IL 61104

Dalton Lumber
Rte 9 Box 1135
Gatewood, MO 63942

DS Water
5660 N. Northside
Atlanta, GA 30328

Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179-0093

Grinnell Mutual Reinsurance Company
PO Box 790
Grinnell, IA 50112-0790

Harris Bank
111 West Monroe Street
Box 755
Chicago, IL 60690

Home Depot
PO Box 6925
The Lakes, NV 88901

HSBC
PO Box 5219
Carol Stream, IL 60197

Interstate Gas Supply


M.E.M. Leasing
11201 S. Grant Highway
Marengo, IL 60152


McHenry County Division of Transp.
16111 Nelson Road
Woodstock, IL 60098


Meier Forest Products, Inc.


Midwest Co.
566 Rock Road
Dundee, IL 60118


Midwest Forestree
566 Rock Road Drive
Dundee, IL 60118


New Supplies
PO Box 129
Lemont, IL 60439


Nicor Gas
PO Box 0632
Aurora, IL 60507


Pekin Insurance
2505 Court Street
Pekin, IL 61558


Pyramid Pallet
301 Green Street
Detroit, MI 48209


Rockbridge Sawmill
PO Box 652
Richland Center, WI 53581

Sapphire Lumber
PO Box 1466
Hamilton, MT 59840

Saw's Services
11925 Zelo Road
Cleveland, OH 44135

State Auto
PO Box 182738
Columbus, OH 43218-2738

Thorn Creek
5795 Seven Mile Road
Evart, MI 49631

Union Oil
18720 Route 176
Marengo, IL 60152

US Bank/Harris Leasing
1450 Channel Parkway
Marshall, MN 56258

Wedevag
720 N. 17th St.
Saint Charles, IL 60174

Wells Fargo Financial
PO Box 6423
Carol Stream, IL 60197