UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                        )   CHAPTER 11
                                              )
CLEARY PALLET SALES, INC.,                    )   CASE NO. 09-71617
                                              )
     Debtor.                                  )

## NOTICE OF FINAL APPLICATION FOR AWARD OF PROFESSIONAL COMPENSATION AND EXPENSES

Stephen G. Balsley and the law firm of Barrick, Switzer, Long, Balsley & Van Evera, attorneys for the Official Committee of Unsecured Creditors of Cleary Pallet Sales, Inc., has filed a Final Application for Award of Professional Compensation and Expenses in the sum of $2,425.00 with the Court in the above-captioned case.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response to the above motion on or before the date set for the hearing on the motion at the United States Bankruptcy Court, 327 South Church Street, Room 1100, Rockford, IL 61101, or

2. Attend the hearing scheduled to be held on **June 27, 2012 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney Stephen G. Balsley, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the motion scheduled to be held on **June 27, 2012 at 10:30 a.m.** at the United States Bankruptcy Court, 327 South Church Street, Room 3100, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion or Objection and may enter an Order granting that relief.

Dated: June ____, 2012                      _____
                                                 STEPHEN G. BALSLEY

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

## PROOF OF SERVICE

I, the undersigned, certify that a copy of the foregoing document was served upon:

SEE ATTACHED SERVICE LIST

That I sealed said envelope and placed sufficient United States postage on each; that I deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on June __1__, 2012.

*/s/ Cindy M. Brown*

Stephen G. Balsley
**BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA**
6833 Stalter Drive
Rockford, IL  61108
Telephone:  815/962-6611
FAX:  815/962-0687

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 09-71617<br>Northern District of Illinois<br>Rockford<br>Fri Jan 20 10:53:14 CST 2012 | Citibank, N.A.<br>701 East 60th Street North<br>SIOUX FALLS, SD 57104-0493 | Cleary Pallett Sales, Inc.<br>PO Box 407<br>Union, IL 60180-0407 |
| Ford Motor Credit Company LLC<br>C/O Steven L. Nelson<br>P.O. Box 3700<br>Rock Island, IL 61204-3700 | General Unsecured Creditors' Committee<br>c/o Attorney Stephen G. Balsley<br>6833 Stalter Drive<br>Rockford, IL 61108-2579 | Harris N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603-4095 |
| U.S. Bankruptcy Court<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101-1222 | Arklatey<br>POB 49023988<br>Hwy 371<br>Sarepta, LA 71071 | Baileys<br>POB 550<br>Laytonville, CA 95454-0550 |
| Bills Sharpening<br>2022 Windsor<br>Loves Park, IL 61111-3963 | Binker Pallet<br>28961 Oregon Rd<br>Perrysburg, OH 43551-4510 | Bolts Welding<br>Box 430<br>Woodstock, IL 60098-0430 |
| CIT<br>550599<br>Jacksonville, FL 32255 | CIT Technology Financing Services, Inc.<br>10201 Centurion Pkwy N. #100<br>Jacksonville, FL 32256-4114 | Capital One<br>PO Box 105474<br>Atlanta, GA 30348-5474 |
| Carbonic<br>4616 West Main St<br>Dundee, IL 60118-9414 | Central Insurance Companies<br>800 S. Washington Street<br>PO Box 351<br>Van Wert, OH 45891-0351 | Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323-2402 |
| ComEd<br>Box 6111<br>Carol Stream, IL 60197-6111 | Cooks Saw<br>160 Ken Lane<br>Newton, AL 36352-8710 | Corporate Services<br>208 Kishwaukee Street<br>Rockford, IL 61104-2037 |
| DS Water<br>5660 N. Northside<br>Atlanta, GA 30328 | Dalton Lumber<br>Rte 9 Box 1135<br>Gatewood, MO 63942-9022 | Daniel Rubin<br>Statman Harris & Eyrich LLC<br>200 W Madison St Ste 3820<br>Chicago, IL 60606-3465 |
| Deluxe Checks<br>742572<br>Cincinnati, OH 45274-0001 | Direct Energy<br>Box 643249<br>Pittsburgh, PA 15264-3249 | Farina & Wojcik PC<br>45 N Whittaker St Ste 200<br>New Buffalo, MI 49117-1173 |
| Fitzgerald Equipment<br>4650 Boeing Dr<br>Rockford, IL 61109-2996 | Ford Motor Credit<br>POB 790093<br>St Louis, MO 63179-0093 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 |

Ford Motor CreditCo. LLC
c/o Steven L Nelson
POB 3700
Rock Island, IL 61204-3700

Fox Valley Fire & Energy
2740 Pinnacle Dr
Elgin, IL 60124

Granger
Dept No 842615668
Palatine, IL 60038-0001


Grinnell Mutual Reinsurance Company
PO Box 790
Grinnell, IA 50112-0790

HSBC
PO Box 5219
Carol Stream, IL 60197-5219

HSBC Bank Nevada, N.A.
(OfficeMax Comm)
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083


HSBC Bank Nevada, N.A. (Menards)
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Harris NA
c/o Statman Harris & Eyrich LLC
200 W Madison St Ste 3820
Chicago, IL 60606-3465

Hicks Fuel
1023 Lake Ave
Woodstock, IL 60098-7409


Hodges Westside Truck Center Inc
11202 S Grant Hwy
Marengo, IL 60152

Home Depot
PO Box 6925
The Lakes, NV 88901-6925

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


Kramer Tree
300 Charles Court
West Chicago, IL 60185-2623

Lindsay Auto Parts
711 West Grant Hwy
Marengo, IL 60152-3075

Link System
16540 Southlakr Dr
Westfield, IN 46074-8436


M.E.M. Leasing
11201 S. Grant Highway
Marengo, IL 60152-9450

Mallery & Zimmerman SC
POB 479
Wausau, WI 54402-0479

McHenry County Division of Transp.
16111 Nelson Road
Woodstock, IL 60098-9533


Maier Forest Products Inc
R5013 Hwy 97
Athens, WI 54411

Menards
4777 Menard Dr
Eau Claire, WI 54703-9604

Midwest Co.
566 Rock Road
Dundee, IL 60118-2447


Midwest Forestree
566 Rock Road Drive
Dundee, IL 60118-2447

Missouri Forest
505 E State St
Jefferson City, MO 65101-3024

Mohawk
411 E Glencoe
Palatine, IL 60074-6320


NMHG Financial Services
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404-8247

New Supplies
PO Box 129
Lemont, IL 60439-0129

New Supply
1404 Sherman Rd
Romeoville, IL 60446-4046


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632

Pekin Insurance
2505 Court Street
Pekin, IL 61558-0002

Pyramid Pallet
301 Green Street
Detroit, MI 48209-2972

| | | |
|---|---|---|
| Rockbridge Sawmill<br>PO Box 652<br>Richland Center, WI 53581-0652 | Rossman & Co<br>POB 29917<br>Columbus, OH 43229-7517 | Sapphire Lumber<br>PO Box 1466<br>Hamilton, MT 59840-1466 |
| Sav's Services<br>11925 Zelo Road<br>Cleveland, OH 44135 | State Auto<br>PO Box 182738<br>Columbus, OH 43218-2738<br>attn: Annie Brady | Thorn Creek<br>5795 Seven Mile Road<br>Evart, MI 49631-8573 |
| US Bancorp Manifest Funding Services<br>1450 Channel Parkway<br>Marshall, MN 56258-4005 | US Bank/Harris Leasing<br>1450 Channel Parkway<br>Marshall, MN 56258-4005 | Union Oil<br>18720 Route 176<br>Marengo, IL 60152-9472 |
| W.W. Grainger Inc<br>7300 N Melvina Ave M240<br>Niles, IL 60714-3998 | Wedevag<br>720 N. 17th St.<br>Saint Charles, IL 60174-1529 | Wellman Weinberg & Reis Co LPA<br>965 Keynote Circle<br>Independence, OH 44131-1829 |
| Wells Fargo<br>POB 7777<br>San Francisco, CA 94120-7777 | Wells Fargo Equipment Finance<br>Manufacturer Services Group<br>300 Tri-State International Suite 400<br>Lincolnshire, IL 60069-4417 | Wells Fargo Financial<br>PO Box 6423<br>Carol Stream, IL 60197-6423 |
| Yale Financial Services<br>Box 643749<br>Pittsburgh, PA 15264-3749 | Bradley J Waller<br>Klein Stoddard Buck Waller & Lewis<br>2045 Aberdeen Court<br>Sycamore, IL 60178-3140 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>P.O. Box 537901<br>Livonia, MI 48153 | Internal Revenue Service<br>P O Box 21126<br>Philadelphia PA  19114 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CIT Technology Financing Services, Inc. | (u)Dalton Palley Co | (d)Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| CLEARY PALLET SALES, INC., ) | CASE NO. 09-71617 |
| ) | |
| Debtor. ) | |

### FINAL APPLICATION FOR AWARD OF
### PROFESSIONAL COMPENSATION AND EXPENSES

NOW COMES STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA ("Applicant"), attorneys for the Official Committee of Unsecured Creditors of CLEARY PALLET SALES, INC. (the "Committee"), and for its Final Application for an Award of Professional Compensation and reimbursement of expenses pursuant to Sections 328, 330, 331, 503(b)(2) and 1103 of the United States Bankruptcy Code, Bankruptcy Rule 2016 and local Bankruptcy Rule 5082-1, states as follows:

### BACKGROUND

1. The Debtor, CLEARY PALLET SALES, INC., filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code on April 23, 2009.

2. On June 16, 2009, STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA filed a Motion and Application for Employment as Attorneys for the General Unsecured Creditors' Committee, which Application was granted on July 15, 2009.

3. The hourly rates for the attorneys working on this matter to date are as follows:
     Stephen G. Balsley - $250.00 per hour.
     Tiffany E. Rodriguez - $200.00 per hour.

### SERVICES RENDERED FOR COMMITTEE

4. The attorneys for the General Unsecured Creditors' Committee have reviewed the bankruptcy petition and schedules, consulted with the Chairman of the Committee regarding the same, represented the Committee in cash collateral hearings, reviewed pleadings filed before the Court affecting the administration of the case, and has rendered other services as more fully itemized on the exhibit attached hereto setting forth the hours of service, rate of compensation and services performed.

## **PRIOR COMPENSATION**

5. This is the Applicant's final fee Application in the case. Three previous Application for Compensations have been filed with the court. The first Application for Compensation was filed with the Court on November 16, 2009 and said application was approved by the Court on December 9, 2009 in the sum of $5,250.00. The second Application for Compensation was filed with the Court on October 19, 2010 and said application was approved by the Court on November, 2010 in the sum of $3,425.00. The third Application for Compensation was filed with the Court on July 22, 2011 and said application was approved by the Court on August 17, 2011 in the sum of $2,425.00. Total prior compensation is $11,100.00.

6. As of the date of the filing of this Application, the attorney for the General Unsecured Creditors' Committee has received monthly retainer payments totaling $20,800.00 pursuant to the Court Order of June 16, 2009. Attorney fees of $11,100.00 has been paid as authorized by the Court's order of December 9, 2009, November 10, 2010 and July 22, 2011. The Applicant is currently holding in its trust account the balance of $9,700.00.

WHEREFORE, STEPHEN G. BALSLEY and the law firm of BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA respectfully request the Court enter an Order as follows:

A. Applicant be awarded professional compensation for services rendered from December 13, 2011 through May 31, 2012 in the sum of $2,425.00.

B. The Applicant be allowed to apply monies held as a retainer in its trust fund against the fees allowed by this Court.

C. The Applicant be allowed to refund the unused portion of the retainer in the sum of $7,275.00 to the Debtor.

D. The Court enter such other and further relief as may be appropriate.

/s/ Stephen G. Balsley
STEPHEN G. BALSLEY

Stephen G. Balsley
BARRICK, SWITZER, LONG,
  BALSLEY & VAN EVERA
6833 Stalter Drive
Rockford, IL 61108
Telephone: 815/962-6611
FAX: 815/962-0687

Law Offices
**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP**
6833 Stalter Drive, First Floor
Rockford, IL 61108
(815) 962-6611   FAX (815) 962-0687
FEIN 36-2408289

---

CLEARY PALLET SALES, INC.
C/O JOHN WILLEY
CORPORATE SERVICES
208 KISHWAUKEE STREET
ROCKFORD IL 61104

PAGE: 1
05/31/2012
ACCOUNT NO: 57256-000Z
STATEMENT NO: 12

RE: UNSECURED CREDITORS' COMMITTEE

INTERIM STATEMENT

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/13/2011 | SGB | CORRESPONDENCE TO ATTORNEY WALLER FOR STATUS REPORT | 250.00 | 0.20 | 50.00 |
| 12/22/2011 | SGB | PHONE CONFERENCE WITH MR. WILLEY REGARDING DEBTOR'S PROPOSAL TO HIM REGARDING PAYMENT | 250.00 | 0.20 | 50.00 |
| | SGB | CORRESPONDENCE TO ATTORNEY WALLER REGARDING STATUS OF PLAN | 250.00 | 0.20 | 50.00 |
| 01/19/2012 | SGB | PHONE CONFERENCE WITH MR. WILLEY REGARDING MOTION TO DISMISS | 250.00 | 0.20 | 50.00 |
| | SGB | RECEIVE AND REVIEW MOTION, NOTICE AND PROPOSED ORDER OF DISMISSAL FROM ATTORNEY WALLER | 250.00 | 0.30 | 75.00 |
| | SGB | PREPARE AND FILE MOTION FOR COMPENSATION, NOTICE AND PROPOSED ORDER | 250.00 | 1.00 | 250.00 |
| 01/25/2012 | SGB | PHONE CONFERENCE WITH CHAIRMAN OF CREDITORS COMMITTEE REGARDING AGREEING TO DISMISSAL OF CASE | 250.00 | 0.20 | 50.00 |
| 02/01/2012 | SGB | COURT APPEARANCE ON DEBTOR'S MOTION TO DISMISS | 250.00 | 1.00 | 250.00 |
| 02/22/2012 | TER | COURT APPEARANCE; CASE CONTINUED TO RESOLVE ISSUES WITH SECURED CREDITOR. | 200.00 | 1.00 | 200.00 |
| 03/13/2012 | SGB | PHONE CONFERENCE WITH ATTORNEY WALLER REGARDING PENDING MOTION TO DISMISS | 250.00 | 0.20 | 50.00 |

|  |  |  |  |  | PAGE: 2 |
|---|---|---|---|---|---|
| CLEARY PALLET SALES, INC. |  |  |  |  | 05/31/2012 |
|  |  |  | ACCOUNT NO: |  | 57256-000Z |
|  |  |  | STATEMENT NO: |  | 12 |
| RE: UNSECURED CREDITORS' COMMITTEE |  |  |  |  |  |

|  |  |  | Rate |  |  |
|---|---|---|---|---|---|
| 03/14/2012 SGB | COURT APPEARANCE ON CONTINUED MOTION TO DISMISS |  | 250.00 | 1.00 | 250.00 |
| 04/04/2012 SGB | COURT APPEARANCE ON MOTION TO DISMISS AND MOTION TO DETERMINE EXTENT OF SECURED CLAIM OF HARRIS BANK |  | 250.00 | 1.00 | 250.00 |
| 04/05/2012 SGB | CORRESPONDENCE TO ATTORNEY WALLER REGARDING STATUS |  | 250.00 | 0.20 | 50.00 |
| 05/09/2012 SGB | COURT APPEARANCE ON DEBTOR'S MOTION TO DISMISS; CONFERENCE WITH ATTORNEY WALLER REGARDING SAME |  | 250.00 | 1.00 | 250.00 |
| 05/16/2012 SGB | RECEIVE AND REVIEW RESPONSE FROM HARRIS BANK REGARDING POST FILING SECURED CLAIM |  | 250.00 | 0.20 | 50.00 |
| SGB | COURT APPEARANCE ON MOTION TO DISMISS AND STATUS OF SECURED CLAIM |  | 250.00 | 1.00 | 250.00 |
| 05/30/2012 SGB | COURT APPEARANCE ON DEBTOR'S MOTION TO DISMISS |  | 250.00 | 1.00 | 250.00 |
|  | FOR CURRENT SERVICES RENDERED |  |  | 9.90 | 2,425.00 |
|  | TOTAL CURRENT WORK |  |  |  | 2,425.00 |
|  | BALANCE DUE |  |  |  | $2,425.00 |

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT